# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY PROIETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBVIE INC., ALLERGAN, INC., and LILAN HOM<br><br>    Defendants. | CASE NO. 2:24-cv-00233-RGK (SSCx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE AWARD OF ATTORNEYS FEES PURSUANT TO DKT. 49 [50]**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Trial Date: None Set |

On May 9, 2024, the Court granted Defendants' Motion to Dismiss the FAC with prejudice and found Defendants were entitled to an award of the reasonable attorneys' fees they incurred in briefing Dkt. 26. *See* Dkt. 49 ("MTD Order") at 11. The MTD Order authorized Defendants to submit a motion "setting forth the requested amount and reasonableness of their requested fees" by May 23, 2024. *Id*. To avoid the inconvenience to the Court and expense to the parties of briefing a fee motion establishing the amount of reasonable fees incurred by Defendants, the parties stipulated to an amount for the fee award of $10,000.

The Court **GRANTS** the parties' stipulation and **ORDERS**:

1. The amount of reasonable fees incurred by Defendants in connection with filing the Reply is $10,000.
2. Attorneys' fees are awarded to Defendants in the amount of $10,000.
3. The parties are directed to continue conferring regarding: (a) provisions for the payment of this sum and (b) provisions for the return of the sum in the event the judgment is reversed on appeal. To the extent agreement

is not reached, Defendants are entitled to move for the full amount of fees they incurred in briefing the Reply by or before June 14, 2024.

**IT IS SO ORDERED.**

DATED: 5/24/2024

_____
The Honorable R. Gary Klausner
United States District Judge